**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES E. LIGHTNER, | Case No.: 2:18-cv-01138-KJD-NJK |
| Plaintiff(s), | |
| v. | **ORDER** |
| VON'S COMPANIES, INC., | [Docket No. 13] |
| Defendant(s). | |

Pending before the Court is a renewed stipulation to extend various deadlines in the scheduling order. Docket No. 13. The Court hereby **SETS** a hearing on that stipulation for 3:00 p.m. on October 10, 2018, in Courtroom 3B.

IT IS SO ORDERED.

Dated: October 2, 2018

_____
Nancy J. Koppe
United States Magistrate Judge