# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES E. LIGHTNER,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>THE VONS COMPANIES, INC.,<br><br>　　　　Defendant(s). | Case No.: 2:18-cv-01138-KJD-NJK<br><br>**ORDER** |

Pending before the Court is Defendant's motion to extend discovery deadlines. Docket No. 16. Any response shall be filed by December 5, 2018, and any reply shall be filed by noon on December 7, 2018.

In addition to responding to the motion generally, Plaintiff shall identify with particularity his efforts in advancing discovery over the last two months. The Court already expressed concern on October 1, 2018, that Plaintiff had not yet provided a medical release. Docket No. 12 at 1. At a hearing on October 10, 2018, Plaintiff's own counsel agreed that Plaintiff had not been diligent in conducting discovery to date, and the Court warned that Plaintiff was required to prosecute his case and conduct discovery in a diligent manner. *See* Hearing Rec. (10/10/2018) at 3:03-3:05 p.m.; *see also* Fed. R. Civ. P. 41(b). Given those circumstances, the Court is troubled that it appears Plaintiff did not provide the medical authorization for almost two additional months. *See* Docket No. 16 at 3 (medical authorization was not provided until November 29, 2018).

IT IS SO ORDERED.

Dated: December 3, 2018

　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1