# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES E. LIGHTNER,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>THE VONS COMPANIES, INC.,<br><br>　　　Defendant(s). | Case No.: 2:18-cv-01138-KJD-NJK<br><br>**ORDER** |

Pending before the Court is Defendant's motion to extend discovery deadlines. Docket No. 16. Plaintiff filed a response. Docket No. 18. The reply is due on December 7, 2018.

The Court hereby **SETS** a hearing on that motion for 10:00 a.m. on December 13, 2018, in Courtroom 3A. In addition to counsel for both parties, **PLAINTIFF HIMSELF MUST APPEAR IN PERSON AT THAT HEARING**.

IT IS SO ORDERED.

Dated: December 6, 2018

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge