# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES E. LIGHTNER,<br>    Plaintiff(s),<br>v.<br>THE VON'S COMPANIES, INC.,<br>    Defendant(s). | Case No.: 2:18-cv-01138-KJD-NJK<br>**ORDER**<br>(Docket No. 32) |

The parties have submitted a joint status report. Docket No. 32. In it, the parties request a 60-day extension to submit a stipulation and order to dismiss this matter with prejudice. The Court **GRANTS** that request. The parties must submit a stipulation and order to dismiss this matter with prejudice by October 29, 2019.

IT IS SO ORDERED.

Dated: September 3, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1